# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DEE ANN WALKER, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:18-cv-00477 |
| KLISE MANUFACTURING COMPANY, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 20), which was filed on February 4, 2020. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment (Doc. No. 18) be denied and that the entry of default (Doc. No. 14) be set aside. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion for Default Judgment (Doc. No. 18) is **DENIED** and the entry of default (Doc. No. 14) is **SET ASIDE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE